1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARGARET L. MARINO and SANDRO MARINO,

    Plaintiffs,

vs.

INTERNATIONAL PAPER COMPANY, a New York Corporation, d/b/a xpedx, a division of INTERNATIONAL PAPER COMPANY; xpedx, a New York Corporation; BETCO, INC., a Delaware Corporation; and DOES 1-10,

    Defendants.

Case No.: CV-N-05-382-HDM (VPC)

**ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED among the parties to the above-entitled action, through their respective undersigned counsel of record, that the above-entitled action be dismissed with prejudice, said dismissal to constitute a retraxit with each party to bear any costs and fees of that party.

Dated this 27th day of February, 2007.

FAHRENDORF, VILORIA, OLIPHANT

_____
THOMAS E. VILORIA, ESQ.
Nevada Bar No. 3833
327 California Avenue
Reno, Nevada 89509
Attorneys for Plaintiffs

Dated this 26 day of February, 2007.

LAXALT & NOMURA

_____
WAYNE A. SHAFFER, ESQ.
Nevada Bar No. 1519
9600 Gateway Drive
Reno, Nevada 89521
Attorneys for Defendant
International Paper Company

Dated this 27 day of February, 2007.

LINCOLN GUSTAFSON & CERCOS

*/s/ Randall Gustafson*

RANDALL GUSTAFSON, ESQ.
Nevada Bar No. 5342
2300 W. Sahara Ave., Suite 300, Box 2
Las Vegas, Nevada 89102
Attorney for Defendant Betco, Inc.

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the above Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action be and the same is hereby dismissed with prejudice, said dismissal to constitute a retraxit, with each party to bear any costs and fees of that party.

Dated: February 28, 2007.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE